# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>Kevin Francis Gallegos<br>*Defendant* | Case No. 12-mj-01041-KLM<br>Charging District: Western Dist. of Texas<br>Charging District's Case No. DR-06-CR-0182(01) |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: United States Courthouse<br>111 East Broadway Street, Room L100 | Courtroom No.: #2 |
|---|---|
| | Date and Time: April 3, 2012 9 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 3/20/12

_____
*Judge's signature*

**KRISTEN L. MIX**
*Printed name and title*
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**

AO 98 (Rev. 12/03) Appearance Bond

# UNITED STATES DISTRICT COURT
District of COLORADO

UNITED STATES OF AMERICA
v.

APPEARANCE BOND

Kevin Francis Gallegos
Defendant

Case Number: 12-mj-1041-KLM
~~06-CR-182(1)-AME~~

Non-surety: I, the undersigned defendant acknowledge that I and my ...
Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ _____, and there has been deposited in the Registry of the Court the sum of
$ 5,000 in cash or PR Bond (describe other security.)

The conditions of this bond are that the defendant Kevin Francis Gallegos
(Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on 3/20/12 at Denver, CO
Date                               Place

Defendant X _[signature]_

Surety _____

Surety _____

Signed and acknowledged before me 3/20/2
Date

_[signature]_
Judge/Clerk

Approved _____